UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA K. LAM, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PENNY MAC, et al.,<br><br>Defendants. | No. 2:19-cv-00709 TLN CKD (PS)<br><br><br><br>ORDER |

Plaintiffs are proceeding pro se. Plaintiff Lam has filed an in forma pauperis affidavit in which she states that her monthly take home pay is $4,600.00. Plaintiff Ring has filed an in forma pauperis affidavit stating that his monthly take home pay is $1,000.00. Thus, plaintiffs report a total income of $5,600.00 per month.

Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). In addition, a $50.00 general administrative fee for civil cases must be paid. 28 U.S.C. § 1914(b). The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor," by a person who makes affidavit that he is unable to pay such costs or give security therefor. 28 U.S.C. § 1915(a). The amount of plaintiffs' income shows that they are able to pay the filing fee and costs. Thus, plaintiffs have made an inadequate showing of indigency. See Alexander v. Carson Adult High Sch., 9 F.3d 1448 (9th Cir. 1993); California Men's Colony v. Rowland, 939 F.2d 854, 858 (9th

Cir. 1991); <u>Stehouwer v. Hennessey</u>, 841 F. Supp. 316, (N.D. Cal. 1994).

Accordingly, IT IS HEREBY ORDERED that plaintiffs are granted fourteen days in which to submit the appropriate fee to the Clerk of the Court. Plaintiffs are cautioned that failure to pay the filing and general administrative fees in the amount of $400 will result in a recommendation that the applications to proceed in forma pauperis be denied and the instant action be dismissed without prejudice.

Dated: May 8, 2019

/s/ Carolyn K. Delaney
_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/lam0709.ifp.den