UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA K. LAM, et al., | No. 2:19-cv-00709-TLN-CKD (PS) |
| Plaintiffs, | |
| v. | ORDER |
| PENNY MAC, et al., | |
| Defendants. | |

On May 24, 2019, plaintiffs filed a motion to amend the complaint. (ECF No. 9.) At the time of the filing, no party had appeared or otherwise filed a response to the complaint. On June 6, 2019, plaintiffs filed certificates of service on defendants, although it is unclear what was served. (ECF Nos. 10–17.) On June 14, 2019, defendants Breckenridge Property Fund 2016 and Wedgwood, Inc. ("defendants") filed a motion to dismiss and set a hearing before District Judge Troy L. Nunley. (ECF No. 18.) On June 14, 2019, District Judge Nunley vacated the hearing date and ordered defendants to re-notice the motion before the undersigned. (ECF No. 19.) On June 14, 2019, defendants re-noticed the motion to dismiss with a July 24, 2019 hearing date. (ECF No. 21.)

Regarding plaintiffs' motion to amend the complaint, plaintiffs request to amend the operative complaint to add National Default Servicing Corporation as an additional defendant. (ECF No. 9 (citing Fed. R. Civ. P. 15 and Fed. R. Civ. P. 20).)

1

1      Under Federal Rule of Civil Procedure 15, a party may amend its pleading with the court's leave. "The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Here, plaintiffs moved to file a first amended complaint before any party appeared in the case. Given the early stage of this case, the court finds that the interests of justice support granting plaintiffs' motion and none of the four relevant factors—bad faith, undue delay, prejudice to any opposing party, or futility— are apparent. See <u>Owens v. Kaiser Foundation Health Plan, Inc.</u>, 244 F.3d 708, 712 (9th Cir. 2001) (noting that a district court shall grant leave to amend freely, and this policy is to be applied with extreme liberality).

     Because plaintiffs' first amended complaint will supersede the operative complaint, defendants' July 24, 2019 motion to dismiss hearing shall be vacated without prejudice to defendants re-filing and re-noticing the motion after plaintiffs' first amended complaint is filed.

     Accordingly, IT IS HEREBY ORDERED that plaintiffs' motion to amend the complaint (ECF No. 9) is granted. Plaintiffs shall file a first amended complaint within thirty (30) days of the date of this order.

     IT IS FURTHER ORDERED that the July 24, 2019 hearing on defendants' motion to dismiss (ECF No. 21) is vacated. Defendants shall re-file and re-notice their motion, if necessary, after plaintiffs file their first amended complaint and in accordance with applicable Federal Rules of Civil Procedure and this court's Local Rules.

Dated: June 19, 2019

_[signature: Carolyn K. Delaney]_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

15 lam709.amend