UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA K. LAM, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PENNY MAC, et al.,<br><br>    Defendants. | No. 2:19-cv-00709-TLN-CKD PS<br><br><br><br>ORDER |

This action was referred to the undersigned pursuant to Local Rule 302(c)(21). Calendared for hearing on September 4, 2019 is defendant Breckenridge Property Fund 2016, LLC's (erroneously sued as Breckenridge Property Fund 2016) and Wedgewood, Inc.'s (collectively "defendants") motion to dismiss. (ECF No. 34.) No opposition to the motion has been filed.

Local Rule 230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 230(i) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the

1

inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of September 4, 2019 is vacated. Hearing on defendants' motion (ECF No. 34) is continued to October 9, 2019 at 10:00 a.m. in courtroom no. 24.

2. Plaintiffs shall file an opposition, if any, to the motion no later than September 25, 2019. Plaintiffs are cautioned that failure to file an opposition will be deemed a statement of non-opposition and shall result in submission of the motion on the papers and a recommendation that this action be dismissed as to defendants pursuant to Federal Rule of Civil Procedure 41(b).

3. Reply, if any, shall be filed no later than October 2, 2019.

4. Defendants' request to appear telephonically at the September 4, 2019 hearing was granted on July 30, 2019. (ECF Nos. 37, 38.) Defendants shall be permitted to appear telephonically at the October 9, 2019 hearing following the instructions provided in the court's minute order granting their request. (ECF No. 38.)

Dated: August 27, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

15 lam709.noopp.docm