UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA K. LAM, et al., | No. 2:19-cv-00709-TLN-CKD PS |
| Plaintiffs, | |
| v. | ORDER |
| PENNY MAC, et al., | |
| Defendants. | |

This action was referred to the undersigned pursuant to Local Rule 302(c)(21). Calendared for hearing on September 25, 2019 are the following: (1) defendant Fidelity National Title's motion to dismiss (ECF No. 39); (2) defendant Penny Mac's motion to strike (ECF No. 40); (3) defendants Penny Mac, Mass Mutual Life Insurance, and Mortgage Electric Registration Systems' motion to dismiss (ECF No. 42); and (4) defendant National Default Servicing Corporation's motion to dismiss (ECF No. 49). No oppositions have been filed.

Local Rule 230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 230(i) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be

1

grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

The court shall continue the hearing dates for all outstanding motions to October 30, 2019. This includes the previously continued hearing on defendant Breckenridge Property Fund 2016, LLC's (erroneously sued as Breckenridge Property Fund 2016) and Wedgewood, Inc.'s motion to dismiss. (ECF No. 34.)

Plaintiffs are again cautioned that failure to timely file oppositions to the outstanding motions will be deemed a statement of non-opposition to the pending motions and will result in a recommendation that this action be dismissed. See Fed. R. Civ. P. 41(b) (providing for dismissal of actions based on lack of prosecution).

Finally, the court will address plaintiffs' "corrected" first amended complaint. On July 19, 2019, plaintiffs filed the operative first amended complaint. (ECF No. 28.) On July 19, 2019, plaintiffs filed a "motion for extension of time to file amended complaint." (ECF No. 30.) On July 23, 2019, the court denied plaintiffs' motion to file an amended complaint in part because plaintiffs failed to lodge a proposed amended complaint as an exhibit to their motion and failed to notice the motion in accordance with Local Rules 137 and 230. (ECF No. 31.) On July 25, 2019, plaintiffs filed a "corrected" first amended complaint, which contains an additional 71 pages compared to the operative first amended complaint. (ECF No. 32.) Plaintiffs did not seek and were not granted leave to file a "corrected" first amended complaint. Thus, on the court's own motion, plaintiffs' "corrected first amended complaint" (ECF No. 32) is stricken. The operative first amended complaint shall be plaintiffs' first amended complaint filed on July 19, 2019 (ECF No. 28). Any amendments plaintiffs seek to make to the operative first amended complaint must be made through a properly noticed motion, as explained in the court's July 23, 2019 order. (ECF No. 31.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing date of September 25, 2019 is vacated. Hearing on defendants' motions (ECF Nos. 39, 40, 42, 49) is continued to October 30, 2019 at 10:00 a.m. in courtroom no. 24.

2. The hearing date of October 9, 2019 is vacated. Hearing on defendants' motion (ECF

No. 34) is continued to October 30, 2019 at 10:00 a.m. in courtroom no. 24.

    3. Plaintiffs shall file oppositions, if any, to the motions no later than October 16, 2019. Plaintiffs are cautioned that failure to file an opposition will be deemed a statement of non-opposition and shall result in submission of the motion on the papers and a recommendation that this action be dismissed as to defendants pursuant to Federal Rule of Civil Procedure 41(b).

    4. Replies, if any, shall be filed no later than October 23, 2019.

    5. Defendants' requests to appear telephonically were previously granted. (ECF Nos. 38, 45, 47, 52, 55.) These defendants shall be permitted to appear telephonically at the October 30, 2019 hearing following the instructions provided in the court's minute orders granting their requests. (See id.)

    6. Plaintiffs' "corrected first amended complaint" (ECF No. 32) is STRICKEN. Plaintiffs' July 19, 2019 first amended complaint (ECF No. 28) is the operative complaint.

Dated: September 17, 2019

                            CAROLYN K. DELANEY
                            UNITED STATES MAGISTRATE JUDGE

15 lam709.noopp2.docm