UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA K. LAM and DOUGLAS RING, | No. 2:19-cv-00709-TLN-CKD PS |
| Plaintiffs, | |
| v. | ORDER |
| PENNY MAC, et al., | |
| Defendants. | |

On October 30, 2019, the court held a hearing on four motions to dismiss. (ECF No. 61.) Marc Ehrlich appeared on behalf of Auction.com Inc. (ECF No. 61.) During the hearing, counsel represented that Auction.com was not a party to the motions to dismiss, that Auction.com filed an answer to the complaint, and that it was Auction.com's intention to file a motion for judgment on the pleadings.

On December 13, 2019, all defendants except Auction.com and Nations Direct Mortgage, LLC were dismissed from this action. (ECF No. 63.)

It has been over a month and a half since the hearing on the motions to dismiss and Auction.com has not filed a motion or otherwise addressed this litigation. Therefore, within fourteen days of the date of this order, Auction.com is ordered to file a motion for judgment on the pleadings or file a statement indicating that such motion will not be filed. If no motion will be filed, the court will set a Status (Pretrial Scheduling) Conference and the parties will be ordered to

file status reports addressing the matters outlined in the court's May 21, 2019 order setting status conference. (See ECF No. 6.)

Regarding Nations Direct Mortgage, LLC ("Nations"), plaintiffs filed a summons returned for this defendant on July 25, 2019. (See ECF No. 33 at 7.) The return of service indicates the amended complaint was mailed to Nations on July 24, 2019. (Id.) Nations has not appeared in this matter; nor have plaintiffs addressed this defendant since filing the return of service. The court expresses no opinion on either plaintiffs' service on Nations or plaintiffs' claims against Nations. Within fourteen days of the date of this order, plaintiffs shall show cause why the court should not recommend dismissing Nations under Federal Rule of Civil Procedure 41 for want of prosecution.

For these reasons, it is hereby ORDERED that:

1. Within fourteen days of the date of this order, Auction.com shall file a motion for judgment on the pleadings or file a statement indicating a motion for judgment on the pleadings will not be filed; and

2. Within fourteen days of the date of this order, plaintiffs shall show cause why the court should not recommend dismissal of Nations Direct Mortgage, LLC under Federal Rule of Civil Procedure 41 for want of prosecution.

Dated: December 17, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

15 lam709.order