UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA LAM and DOUGLAS RING,<br><br>    Plaintiffs,<br><br>    v.<br><br>PENNY MAC, et al.,<br><br>    Defendants. | No. 2:19-cv-00709-TLN-CKD<br><br>**ORDER** |

    Plaintiffs Monica Lam and Douglas Ring ("Plaintiffs"), proceeding *pro se*, initiated this civil action on April 26, 2019.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On April 07, 2020, the magistrate judge filed findings and recommendations which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 70.)  No objections were filed.

    Accordingly, the Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

    Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed April 07, 2020 (ECF No. 70), are adopted in full;

2. This action is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(b); and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

DATED: June 15, 2020

Troy L. Nunley
United States District Judge